# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTY CHARLES | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | |
| | * | |
| NEW ORLEANS WINN-DIXIE | * | |
| MONTGOMERY AREA D/B/A, | * | |
| WINN DIXIE #1581 SOUTHERN | * | SECTION " " |
| CLEANING SERVICES, INC., | * | |
| D/B/A SOUTHERN GENERAL | * | |
| FURNITURE. INC., AND | * | |
| ACE AMERICAN INSURANCE | * | |
| COMPANY | * | MAGISTRATE |
| | * | |

**********************************************************************

## PETITION FOR REMOVAL FROM STATE COURT

The petition of defendant, Southern Cleaning Services, Inc., ("SCSI") (incorrectly named as "d/b/a Southern General Furniture, Inc." ) in the above captioned suit, respectfully represents that:

1.

A civil action has been commenced against petitioner and is now pending in the 19th Judicial District Court, for the Parish of East Baton Rouge, State of Louisiana, bearing Docket No. 589-926, Division "D" of said Court by plaintiff, Christy Charles, which said suit is sometimes hereinafter referred to simply as "the State Court suit."

2.

Petitioner, SCSI, is a foreign corporation incorporated in the State of Alabama with its principal place of business in Trussville, Alabama.

3.

Plaintiff, Christy Charles, is a citizen of and domiciliary of the State of Louisiana.

4.

In the aforesaid State Court suit, plaintiff alleges an entitlement to recover damages against defendant in an the amount which is reasonable in the premises and sufficient to invoke the jurisdiction of this Honorable Court.

5.

On information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs inasmuch as plaintiff has alleged an entitlement to trial by jury in State Court (i.e. the amount in controversy exceeds $50,000.00) and that serious and disabling injuries have been suffered; therefore, the United States District Court for the Middle District of Louisiana has jurisdiction due to the requisite amount in controversy and diversity of citizenship between plaintiff and defendant, SCSI.

6.

Plaintiff's State Court Petition for Damages was filed on April 26, 2010, and the First Supplemental Petition was filed on May 19, 2010. A copy of said Petition for Damages and First Supplemental Petition were both served upon defendant on July 6, 2010, and a copy of both are attached hereto.

7.

A true certified copy of the entire contents filed within the State Court suit has been requested from the State Court on July 19, 2010, and will be forwarded upon receipt from the State Court.

8.

Petitioner shows that this petition, duly verified, is filed within thirty (30) days after receipt of the initial pleadings setting forth the claim for relief on which such pleadings are based.

**WHEREFORE**, petitioner, SCSI, prays that further proceedings in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, be discontinued and that this suit be

removed to the United States District Court for the Middle District of Louisiana as the law in such cases provides.

Respectfully Submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
NANCY N. BUTCHER, BAR NO. 24178
JENNIFER CORTES POIRIER BAR NO. 27203
VIRGINIA ERWIN SIRERA, BAR NO. 21880
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Southern Cleaning Services, Inc.

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, personally came and appeared, Jack E. Truitt, who after first being duly sworn did depose and say:

That all of the allegations contained in the Petition for Removal herein filed are true and correct to the best of his knowledge, information and belief.

_____
JACK E. TRUITT

SWORN TO AND SUBSCRIBED

BEFORE ME, NOTARY, THIS

26th DAY OF July, 2010.

_____
NOTARY PUBLIC

BARBARA MANTON
NOTARY PUBLIC
STATE OF LOUISIANA
ID # 80490
COMMISSIONED FOR LIFE

## CERTIFICATE

I hereby certify that an exact copy of the above and foregoing Petition for Removal, including the original notice, attached hereto, was this date served upon, Clerk of Court, 19th JDC, P.O. Box 1991, Baton Rouge, Louisiana 70821, and plaintiff's counsel, Jason F. Giles, Esq., **EDWARD J. WOMAC, JR. & ASSOCIATES**, 3501 Canal Street, New Orleans, Louisiana 70119, by depositing copies of same in the United States Mail, postage prepaid, all on this 26th day of July, 2010.

_____
JACK E. TRUITT