19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.                                                                  DIVISION " "

CHRISTY CHARLES

VERSUS

NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581,
SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL
FURNITURE, INC. and ACE AMERICAN INSURANCE COMPANY

FILED:_____                      _____
                                             DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **CHRISTY CHARLES**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, with respect represents that:

I.

Made defendants herein are:

**NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581**, a domestic/foreign company authorized to do and doing business in the State of Louisiana;

**SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC.**, a domestic/foreign company authorized to do and doing business in the State of Louisiana; and

**ACE AMERICAN INSURANCE COMPANY** a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and in solido liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, rental expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of enjoyment of life, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **May 25, 2009**, an incident occurred in the Parish of East Baton Rouge, State of

Louisiana, where Petitioner, CHRISTY CHARLES, was at WINN-DIXIE #1581, located at the Riverside Plaza, 5005 Church Street, Zachary, Louisiana, when suddenly and without warning CHIRSTY CHARLES slipped and fell, causing severe and disabling injuries to CHRISTY CHARLES.

IV.

As a result of the above referenced accident and negligence of the defendant; Petitioner, CHRISTY CHARLES suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

V.

Petitioner was not at fault nor was she contributorily negligent. Her injuries were caused solely by the fault, negligence and liability of the defendants, NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581 and/or SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC., in the following particulars:

   a) Failure to maintain a reasonably safe place for visitors;
   b) Failure to take necessary measures to protect the safety of visitors;
   c) Failure to properly maintain, inspect and supervise premises;
   d) Failure to warn visitors and workers of the dangerous nature of the premises;
   e) Failure to take steps to avoid this incident; and
   f) Such other acts of negligence as will be shown at trial.

VI.

Upon information and belief, it is alleged that at all times material hereto, ACE AMERICAN INSURANCE COMPANY provided a policy of liability insurance on NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581 on the date of this accident, which provided coverage for the type of loss sued upon herein, thus rendering ACE AMERICAN INSURANCE COMPANY liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC. indemnified NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581 on the date of this accident, which provided

coverage for the type of loss sued upon herein, thus rendering SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC. liable unto Petitioner with the other named defendants.

VIII.

Petitioner's claims meet or exceed the requisite amount for trial by jury.

WHEREFORE, Petitioner prays that defendant be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of petitioner and against the defendant, **NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581, SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC. and ACE AMERICAN INSURANCE COMPANY** jointly and in solido in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, property damage, medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for a trial by jury on all issues so triable and all general and equitable relief as this Honorable Court deems fit.

Respectfully submitted,

EDWARD J. WOMAC, JR. & ASSOCIATES

EDWARD J. WOMAC, JR. #02195
BRIAN KING, #24817
MATHEW SUTTON, #30084
BRIAN BRANCH, #30411
JASON F. GILES, #29211
DOUGLAS J. WOMAC, JR., #31570
CHRISTOPHER J. WILLIAMSON, #
ANTHONY J. MILAZZO, III, #
3501 Canal St.
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178

**PLEASE SERVE:**

NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581
Through its registered agent:
Corporate Creations Network, Inc.
1100 Poydras Street, Suite 2900
New Orleans LA 70163

NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581
Through its store manager:
Riverside Plaza
5005 Church Street
Zachary, LA 70791

SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC.
Through its registered agent:
Kenneth Ortego
2001 MacArthur Dr.
Alexandria, LA 71307

ACE AMERICAN INSURANCE COMPANY
Through its registered agent:
Louisiana Secretary of State

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 589-926                                              DIVISION "D"

CHRISTY CHARLES

VERSUS

NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581,
SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL
FURNITURE, INC. and ACE AMERICAN INSURANCE COMPANY

FILED: _____        _____
                                          DEPUTY CLERK

### FIRST SUPPLEMENTAL PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, CHRISTY CHARLES, who respectfully files this first supplemental petition.

1.

By amending Paragraph I of the original petition as follows:

I.

Made defendant herein is:

WINN-DIXIE MONTGOMERY, LLC, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

By adding Paragraph V to the original petition to read as follows:

V.

Petitioner was not at fault nor was she contributorily negligent. Her injuries were caused solely by the fault, negligence and liability of the defendants, NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581, WINN-DIXIE MONTGOMERY, LLC, and/or SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC., in the following particulars:

    a) Failure to maintain a reasonably safe place for visitors;

    b) Failure to take necessary measures to protect the safety of visitors;

    c) Failure to properly maintain, inspect and supervise premises;

    d) Failure to warn visitors and workers of the dangerous nature of the premises;

    e) Failure to take steps to avoid this incident; and

    f) Such other acts of negligence as will be shown at trial.

3.

By amending the prayer for relief to read as follows:

WHEREFORE, Petitioner prays that defendants be duly cited and served with a copy of this Supplemental and Amending Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, **NEW ORLEANS WINN-DIXIE MONTGOMERY AREA d/b/a WINN DIXIE #1581, WINN-DIXIE MONTGOMERY, LLC, SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC. and ACE AMERICAN INSURANCE COMPANY**, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fee, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner reaver and reallege all other allegations contained in the original Petition for Damages.

Respectfully submitted by:

EDWARD J. WOMAC, JR., & ASSOCIATES, L.L.C.

_____
EDWARD J. WOMAC, JR. (#02195)
JASON F. GILES (#29211)
3501 Canal Street
New Orleans, Louisiana 70119
Telephone #: (504) 486-9999
Attorneys for Petitioner

## PLEASE SERVE THE FIRST SUPPLEMENTAL AMENDING PETITION ON:

SOUTHERN CLEANING SERVICES, INC. d/b/a SOUTHERN GENERAL FURNITURE, INC.
Through its registered agent:
Kenneth Ortego
2001 MacArthur Dr.
Alexandria, LA 71307

ACE AMERICAN INSURANCE COMPANY
Through its registered agent:
Louisiana Secretary of State

## PLEASE SERVE THE ORIGINAL PETITION AND FIRST SUPPLEMENTAL AMENDING PETITION ON:

WINN-DIXIE MONTGOMERY, LLC
Through their registered Agent for Service of Process:
Corporate Creations Network, Inc.
1100 Poydras St., #2900
New Orleans, LA 70163